NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>I P S PLUMBING CORPORATION, a California corporation; and DAVID ALAN WELLS, an individual,<br><br>Defendants. | CASE NO.: CV12-04404 RGK (PJWx)<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>[~~PROPOSED~~] JUDGMENT |

Plaintiffs' motion for default judgment came on regularly for hearing on December 10, 2012, ~~in the above-referenced Court,~~ the Honorable R. Gary Klausner, United States District Judge, presiding. Appearances were stated on the record.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the

- 1 -
[PROPOSED] JUDGMENT

Proposed Order

1  Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the
2  Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the
3  Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and
4  Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades
5  Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters
6  National Pension Fund, and Trustees of the International Training Fund shall recover
7  from defendant I P S Plumbing Corporation, a California corporation, and David Alan
8  Wells, an individual, the principal amount of $69,741.23, plus attorneys' fees of
9  $4,389.65 ~~$5,241.50, costs of $681.45, and post-judgment interest as provided by law from the~~
10 ~~date of entry of the judgment herein.~~ Plaintiffs are entitled to costs
11 and post-judgment interest, which must be applied for
12 seperately to the Clerk of the Court.
   Dated: DEC 2 0 2012                    _____
13                                          UNITED STATES DISTRICT JUDGE

15 Presented November 9, 2012 by:
16 LAQUER URBAN CLIFFORD & HODGE LLP
17     By: /s/ Matthew T. Bechtel
       MATTHEW T. BECHTEL
18     Attorney for Plaintiffs,
19     Trustees of the Southern California Pipe Trades
       Health and Welfare Fund, et al.